Case 1:04-cv-06432-AWI-TAG   Document 8   Filed 04/21/05   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden,<br><br>        Respondent. | 1:04-cv-06432 AWI TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 6)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On March 1, 2005, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED because the Petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d)(1), and because the Petition is successive. (Doc. 6). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) days from the date of service of that order. On March 17, 2005, Petitioner filed objections to the Magistrate

1

Judge's Findings and Recommendations. (Doc. 7).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued March 1, 2005, (Doc. 6) are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

IT IS SO ORDERED.

**Dated:   April 20, 2005**          /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE